770 A.2d 277

IN THE MATTER OF JAMES H. WOLFE, III, AN ATTORNEY AT LAW.

May 9, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 99–022 concluding that **JAMES H. WOLFE, III,** of **EAST ORANGE,** who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failure to communicate with client), and good cause appearing;

It is ORDERED that **JAMES H. WOLFE, III,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.